**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | CRIMINAL ACTION |
|  | : | NO. 06-329-1 |
| v. | : | |
|  | : | CIVIL ACTION |
| KEIYA MERSHON, | : | NO. 10-1861 |
| Defendant. | : | |

**Order**

And now, this _____ day of October 2010, upon careful consideration of defendant Keiya Mershon's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 and the government's response, IT IS HEREBY ORDERED that:

1. The defendant's motion is DENIED.

2. The defendant having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

                                                     s/ William H. Yohn, Jr., Judge
                                                     William H. Yohn Jr., Judge